UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MOSES VIRGIL MONTILEAUX, JR., <br><br> Plaintiff, <br><br> vs. <br><br> PENNINGTON COUNTY SHERIFF DEPARTMENT; <br> JAMES ROWENHORST, Jail Commander; <br> JAIL MEDICAL STAFF DEPARTMENT; <br> CAPT. YANTIS, Head of Medical Staff; <br> R.N. LAURIE GOOD, Head R.N. Nurse; <br> STEVEN KLOSK, Medical Staff R.N.; <br> and KEVIN THOM, Pennington County Sheriff,, <br><br> Defendant. | 4:13-CV-05077-KES <br><br><br><br> JUDGMENT |

Pursuant to the Order Granting Motion for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants and against plaintiff, Moses Virgil Montileaux, Jr.

Dated March 31, 2016.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE